IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL HUGHES | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:03-cv-00769 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| ROVANIOUS WILSON | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Accordingly, the Magistrate Judge's Report and Recommendation (doc. 23) is ADOPTED IN ITS ENTIRETY. The United States is hereby SUBSTITUTED as the proper party Defendant in this action. The United States's Motion to Dismiss (doc. 10) is GRANTED. The instant case is hereby DISMISSED. All of Plaintiff's remaining motions (docs. 14, 17, 19, and 20) are therefore DENIED AS MOOT.

7/5/05                                                James Bonini, Clerk

                                                      s/Kevin Moser
                                                      Kevin Moser
                                                      Deputy Clerk